JS 44C/SDNY
REV. 12/2025

## CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

| PLAINTIFFS | DEFENDANTS |
|---|---|
| LINETTE FOX, individually and on behalf of all others similarly situated, | ARCADIA CONSUMER HEALTHCARE INC., a Delaware corporation, |

| ATTORNEYS (Firm Name, Address, And Telephone Number) | ATTORNEYS (If Known) |
|---|---|
| WILSHIRE LAW FIRM, PLC<br>660 S. Figueroa Street, Sky Lobby Los Angeles, California 90017<br>Phone: (213) 381-9988 | |

CAUSE OF ACTION   (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

28 U.S.C. § 1332(d)(2); Fraud; Fraudulent Concealment and Omission; Negligent Misrepresentation; Deceptive Acts and Practices

Has this action, case, or proceeding, or one essentially the same, been previously filed in SDNY at any time? No ☒ Yes ☐ _____
(If yes, Judge Previously Assigned)

If yes, was this case Vol. ☐ Invol. ☐     Dismissed. No ☐ Yes ☐     If yes, give date _____ & Case No. _____

Is this an international arbitration case?   Yes ☐ No ☒

## NATURE OF SUIT *(PLACE AN [x] IN ONE BOX ONLY)*

Click here for: Nature of Suit Code Descriptions.

### TORTS

| Contract | | Torts | | | |
|---|---|---|---|---|---|
| ☐ 110 | Insurance | **PERSONAL INJURY** | | **PERSONAL INJURY** | |
| ☐ 120 | Marine | ☐ 310 | Airplane | ☐ 365 | Personal Injury Product Liability |
| ☐ 130 | Miller Act | ☐ 315 | Airplane Product Liability | ☐ 367 | Health Care/ Pharmaceutical |
| ☐ 140 | Negotiable Instrument | ☐ 320 | Assault, Libel & Slander | ☐ 368 | Asbestos Personal Injury Product Liability |
| ☐ 150 | Recovery Of Overpayment & Enforcement Of Judgment | ☐ 330 | Federal Employers' Liability | | |
| | | ☐ 340 | Marine | **PERSONAL PROPERTY** | |
| ☐ 151 | Medicare Act | ☐ 345 | Marine Product Liability | ☒ 370 | Other Fraud |
| ☐ 152 | Recovery Of Defaulted Student Loans (Excl Veterans) | ☐ 350 | Motor Vehicle | ☐ 371 | Truth In Lending |
| | | ☐ 355 | Motor Vehicle Product Liability | ☐ 380 | Other Personal Property Damage |
| ☐ 153 | Recovery Of Overpayment Of Veteran's Benefits | ☐ 360 | Other Personal Injury | ☐ 385 | Property Damage Product Liability |
| ☐ 160 | Stockholders Suits | ☐ 362 | Personal Injury - Medical Malpractice | | |
| ☐ 190 | Other Contract | | | | |
| ☐ 195 | Contract Product Liability | | | | |
| ☐ 196 | Franchise | | | | |

| Real Property | | Civil Rights | | Prisoner Petitions | |
|---|---|---|---|---|---|
| ☐ 210 | Land Condemnation | ☐ 440 | Other Civil Rights (Non-Prisoner) | **Habeas Corpus** | |
| ☐ 220 | Foreclosure | ☐ 441 | Voting | ☐ 463 | Alien Detainee |
| ☐ 230 | Rent Lease & Ejectment | ☐ 442 | Employment | ☐ 510 | Motions To Vacate Sentence |
| ☐ 240 | Torts To Land | ☐ 443 | Housing/ Accommodations | ☐ 530 | General |
| ☐ 245 | Tort Product Liability | ☐ 445 | Americans With Disabilities - Employment | ☐ 535 | Death Penalty |
| ☐ 290 | All Other Real Property | | | **Other** | |
| | | ☐ 446 | Americans With Disabilities - Other | ☐ 540 | Mandamus & Other |
| | | ☐ 448 | Education | ☐ 550 | Civil Rights |
| | | | | ☐ 555 | Prison Condition |
| | | | | ☐ 560 | Civil Detainee - Conditions Of Confinement |

### ACTIONS UNDER STATUTES

| Forfeiture/Penalty | | Bankruptcy | | Other Statutes | |
|---|---|---|---|---|---|
| ☐ 625 | Drug Related Seizure Of Property 21 USC 881 | ☐ 422 | Appeal 28 USC 158 | ☐ 375 | False Claims Act |
| | | ☐ 423 | Withdrawal 28 USC 157 | ☐ 376 | Qui Tam (31 USC 3729(a)) |
| ☐ 690 | Other | | | ☐ 400 | State Reapportionment |
| **Labor** | | **Intellectual Property Rights** | | ☐ 410 | Antitrust |
| ☐ 710 | Fair Labor Standards Act | ☐ 820 | Copyrights | ☐ 430 | Banks & Banking |
| ☐ 720 | Labor/Management Relations | ☐ 830 | Patent | ☐ 450 | Commerce |
| ☐ 740 | Railway Labor Act | ☐ 835 | Patent - Abbreviated New Drug Application | ☐ 460 | Deportation |
| ☐ 751 | Family and Medical Leave Act (FMLA) | ☐ 840 | Trademark | ☐ 470 | Racketeer Influenced & Corrupt Organization Act (Rico) |
| ☐ 790 | Other Labor Litigation | ☐ 880 | Defend Trade Secrets Act of 2016 | ☐ 480 | Consumer Credit (15 USC 1681 or 1692) |
| ☐ 791 | Employee Retirement Income Security Act (ERISA) | | | ☐ 485 | Telephone Consumer Protection Act |
| **Immigration** | | **Social Security** | | ☐ 490 | Cable/Satellite TV |
| ☐ 462 | Naturalization Application | ☐ 861 | HIA (1395ff) | ☐ 850 | Securities/ Commodities/ Exchange |
| ☐ 465 | Other Immigration Actions | ☐ 862 | Black Lung (923) | ☐ 890 | Other Statutory Actions |
| | | ☐ 863 | DIWC/DIWW (405(G)) | ☐ 891 | Agricultural Acts |
| | | ☐ 864 | SSID Title XVI | ☐ 893 | Environmental Matters |
| | | ☐ 865 | RSI (405(g)) | ☐ 895 | Freedom Of Information Act |
| | | **Federal Tax Suits** | | ☐ 896 | Arbitration |
| | | ☐ 870 | Taxes (U.S. Plaintiff Or Defendant) | ☐ 899 | Administrative Procedure Act/ Review or Appeal of Agency Decision |
| | | ☐ 871 | IRS-Third Party 26 USC 7609 | ☐ 950 | Constitutionality Of State Statutes |

Check if demanded in complaint:

☑ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND     $_____     OTHER _____

*Check YES only if demanded in complaint*

JURY DEMAND: ☒ YES   ☐ NO

Do you claim this case is related to a civil case now pending in S.D.N.Y. as defined by Local Rule For Division of Business 13?
If so, state:

JUDGE _____ DOCKET NUMBER_____

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32) with an explanation as to why the cases are deemed related.

**(PLACE AN X IN ONE BOX ONLY)**                    **ORIGIN**

☒ 1 Original
Proceeding

☐ 2 Removed from
State Court

☐ a. **all parties represented**

☐ b. **At least one party is pro se.**

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from (Specify District)

☐ 6 Multidistrict Litigation (Transferred)

☐ 7 Appeal to District Judge from Magistrate Judge

☐ 8 Multidistrict Litigation (Direct File)

**(PLACE AN x IN ONE BOX ONLY)**          **BASIS OF JURISDICTION**

☐ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☐ 3 Federal Question (U.S. Government NOT A PARTY)

☒ 4 Diversity

***IF DIVERSITY, INDICATE CITIZENSHIP BELOW.***

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | ☒ 1 | ☐ 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | ☐ 3 | ☐ 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | ☐ 5 | ☒ 5 |
| CITIZEN OF ANOTHER STATE | ☐ 2 | ☐ 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | ☐ 4 | ☐ 4 | FOREIGN NATION | ☐ 6 | ☐ 6 |

**PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)**

Bronx County, New York.

**DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)**

440 US-22 Ste 210, Bridgewater, NJ 08807

Somerset County

**DEFENDANT(S) ADDRESS UNKNOWN**
Representation is hereby made that, at this time, I have been unable, with reasonable diligence, to ascertain the residence addresses of the following Defendants:

**COURTHOUSE ASSIGNMENT**

I have reviewed Rules 18(a) and 20(a) of the Rules for the Division of Business Among District Judges, Southern District of New York, and I hereby certify that this case should be assigned to the courthouse indicated below pursuant thereto.

Check one:    THIS ACTION SHOULD BE ASSIGNED TO:          ☐ WHITE PLAINS      ☒ MANHATTAN
(DO NOT check either box if this a PRISONER PETITION.)

DATE 7/22/2026    SIGNATURE OF ATTORNEY OF RECORD

RECEIPT #

ADMITTED TO PRACTICE IN THIS DISTRICT
☒ NO
☐ YES (DATE ADMITTED  Mo. _____ Yr. _____)
Attorney Bar Code #_____

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Tammi M. Hellwig, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)