**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X
LINETTE FOX, individually and on behalf of all others similarly situated,

Plaintiff,

-against-

ARCADIA CONSUMER HEALTHCARE INC., a Delaware corporation,

Defendant.
--------------------------------------------------------------X

**ORDER TO UPDATE THE COURT**

**26-CV-6232 (AT) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

In Judge Torres's July 30, 2026 Order, Parties were directed to discuss whether they are willing to consent to conducting all further proceedings before me. Dkt. No. 9. Parties were to either inform the Court that they did not wish to consent by **September 25, 2026**, or file a consent form by **September 28, 2026**. Dkt. No. 9. The Parties have not yet provided their position to the Court.

By **October 14, 2026**, Parties must take one of the following actions outlined in the Order at Dkt. No. 9:

- If all parties consent to proceed before the Magistrate Judge, counsel for Defendant must file on ECF a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form (available at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge ) and attached to the Order at Dkt. No. 9.
- If any party does not consent to conducting all further proceedings before the assigned Magistrate Judge, the parties must file a joint letter advising the Court

that the parties do not consent, **but without disclosing the identity of the party or parties who do not consent.** The Parties are free to withhold consent without negative consequences.

SO ORDERED.

DATED: New York, New York
October 1, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge