Davis Wright Tremaine LLP

42nd Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Geoffrey Brounell**
(212) 603-6404 tel
(212) 489-8340 fax

GeoffreyBrounell@dwt.com

October 14, 2026

**Via ECF**
Honorable Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re: *Linette Fox v. Arcadia Consumer Healthcare Inc.*, Case No. 1:26cv6232-AT-JW**

Joint Letter Regarding Declination of Consent to Proceed Before Magistrate Judge

Dear Judge Torres:

Plaintiff Linette Fox ("Plaintiff") and Defendant Arcadia Consumer Healthcare Inc. ("Arcadia") (collectively, the "Parties") write jointly to advise the Court that the Parties do not consent to proceed before the Magistrate Judge. *See* Dkts. 9, 22.

We are grateful for the Court's attention to this matter.

Respectfully submitted,

Davis Wright Tremaine LLP

*/s/ Geoffrey S. Brounell*

cc: All Counsel of Record (by ECF)